UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   Linda S Sloan

Debtor(s)

Case No. 14-14237

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/16/2014.

2) The plan was confirmed on 06/13/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/28/2017, 04/28/2017.

5) The case was converted on 08/16/2017.

6) Number of months from filing to last payment: 39.

7) Number of months case was pending: 41.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $7,140.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $15,200.00 |
| Less amount refunded to debtor | $148.20 |

**NET RECEIPTS:** $15,051.80

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $668.79 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,668.79

Attorney fees paid and disclosed by debtor:    $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ABILITY RECOVERY SERVICE | Unsecured | 1,598.00 | 1,967.66 | 1,967.66 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL DBA GM I | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AT&T MOBILITY II LLC | Unsecured | 1,700.00 | 1,783.70 | 1,783.70 | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 403.00 | 578.46 | 578.46 | 0.00 | 0.00 |
| BLUE CROSS BLUE SHIELD IL | Unsecured | 1,000.00 | 1,090.77 | 1,090.77 | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 717.00 | 716.10 | 716.10 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 360.00 | 502.08 | 502.08 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 360.00 | 501.68 | 501.68 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 252.00 | 428.88 | 428.88 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 311.00 | 345.48 | 345.48 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,941.00 | 1,889.18 | 1,889.18 | 1,889.18 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 48.84 | 48.84 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 576.00 | 576.64 | 576.64 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 293.00 | 274.00 | 274.00 | 0.00 | 0.00 |
| MILLENNIUM FINANCIAL GROUP | Unsecured | NA | 562.00 | 562.00 | 0.00 | 0.00 |
| NCEP LLC | Unsecured | NA | 726.56 | 726.56 | 0.00 | 0.00 |
| NCEP LLC | Secured | 6,129.00 | 4,950.00 | 4,950.00 | 4,618.70 | 1,287.99 |
| PREMIER BANKCARD/CHARTER | Unsecured | 434.00 | 434.82 | 434.82 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 472.00 | 471.80 | 471.80 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 15,497.00 | 1,681.39 | 1,681.39 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 0.00 | 2,850.00 | 2,850.00 | 18.05 | 0.00 |
| PRESENCE HEALTH | Unsecured | 0.00 | 1,584.58 | 1,584.58 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 0.00 | 2,043.30 | 2,043.30 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 800.00 | 1,658.19 | 1,658.19 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 1,450.00 | 1,450.08 | 1,450.08 | 0.00 | 0.00 |
| QUICKCLICK LOANS LLC | Unsecured | 1,275.00 | 3,013.07 | 3,013.07 | 19.09 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ROBERT H REEDER | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| SALUTE VISA GOLD | Unsecured | 1,176.00 | NA | NA | 0.00 | 0.00 |
| GINNYS | Unsecured | 459.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA | Unsecured | 1,313.00 | NA | NA | 0.00 | 0.00 |
| HSBC CARD SERVICES | Unsecured | 638.00 | NA | NA | 0.00 | 0.00 |
| PROVENA MEDICAL | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| PROVENA SAINT JOSEPH | Unsecured | 3,266.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN WOMENS HEALTH | Unsecured | 3,092.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| THROUGH THE COUNTRY DOOR | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| TRI CITY RADIOLOGY | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| TRIBUTE MASTERCARD | Unsecured | 1,008.00 | NA | NA | 0.00 | 0.00 |
| US FAST CASH | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| VALLEY MEDICAL & CARDIAC CLIN | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| VASC ANESTHESIA | Unsecured | 544.00 | NA | NA | 0.00 | 0.00 |
| WEST CHICAGO POLICE DEPARTMEI | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED IMAGING SPECIALIST | Unsecured | 1,136.00 | NA | NA | 0.00 | 0.00 |
| AMERICOLLECT INC | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| COMPUCREDIT CORP/SALUTE | Unsecured | 979.00 | NA | NA | 0.00 | 0.00 |
| COMPUCREDIT/TRIBUTE | Unsecured | 842.00 | NA | NA | 0.00 | 0.00 |
| CADENCE HOSPITAL | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL CARD SERVICES | Unsecured | 675.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 838.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 2,496.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| DOUBLEDAY BOOK CLUB | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| FIRST AMERICAN BANK | Unsecured | 564.00 | NA | NA | 0.00 | 0.00 |
| LABORATORY PHYSICIANS | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| LITERARY GUILD SELECT | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| MY CASH NOW | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 413.00 | NA | NA | 0.00 | 0.00 |
| PLAIN GREEN LOANS | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| PLAINS COMMERCE | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Unsecured | 237.00 | NA | NA | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING | Secured | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
| SELECT PORTFOLIO SERVICING | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | 465.00 | 465.77 | 465.77 | 0.00 | 0.00 |
| SHORT TERM LOAN | Unsecured | 1,500.00 | 2,594.13 | 2,594.13 | 16.44 | 0.00 |
| SPRINT CORP | Unsecured | 711.00 | 711.29 | 711.29 | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 231.00 | 30.00 | 30.00 | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 728.00 | 728.00 | 728.00 | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | NA | 30.00 | 30.00 | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 1,278.00 | 2,883.64 | 2,883.64 | 18.27 | 0.00 |
| THE SWISS COLONY | Unsecured | 232.00 | 232.85 | 232.85 | 0.00 | 0.00 |
| VALLEY AMBULATORY | Unsecured | 3,129.00 | 3,607.50 | 3,607.50 | 15.29 | 0.00 |
| VALLEY EMERGENCY CARE | Unsecured | 930.00 | 575.00 | 575.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $2,500.00 | $2,500.00 | $0.00 |
| Debt Secured by Vehicle | $4,950.00 | $4,618.70 | $1,287.99 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$7,450.00** | **$7,118.70** | **$1,287.99** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,889.18 | $1,889.18 | $0.00 |
| **TOTAL PRIORITY:** | **$1,889.18** | **$1,889.18** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$37,148.26** | **$87.14** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,668.79 |
| Disbursements to Creditors | $10,383.01 |
| **TOTAL DISBURSEMENTS :** | **$15,051.80** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/05/2017        By: /s/ Glenn Stearns
                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**